845 A.2d 758

**CITY OF PHILADELPHIA, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (HENKEL), Respondent.**

Supreme Court of Pennsylvania.

March 11, 2004.

## *ORDER*

PER CURIAM:

**AND NOW,** this 11th day of March, 2004, the Petition for Allowance of Appeal is hereby granted, and the case is remanded to the Commonwealth Court for consideration of this Court's decision in *City of Philadelphia v. WCAB (Szparagowski)*, 574 Pa. 372, 831 A.2d 577 (2003).